

# Your Missouri Courts .net

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess Logoff DAVIDBUB8080 |

**1922-CC04262 - JOEL SCHWARTZ V CINCINNATI LIFE INSURANCE CO (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries

---

**06/20/2019**   **Returned Mail-Undeliverable**

**06/10/2019**   **Corporation Served**
Document ID - 19-SMCC-8873; Served To - CINCINNATI LIFE INSURANCE COMPANY; Server - ; Served Date - 05-JUN-19; Served Time - 00:00:00; Service Type - First Class Mail; Reason Description - Served; Service Text - mailed on 06/03 and they received on

**Notice of Service**
Notice of Return of Service on Insurance Company; Notice and Acknowledgment of Service; Electronic Filing Certificate of Service.
  Filed By: SEAN PATRICK O'GORMAN
  On Behalf Of: JOEL J SCHWARTZ

**06/07/2019**   **Jury Trial Scheduled**
  Scheduled For: 11/12/2019;  9:00 AM ;  REX M BURLISON;  City of St. Louis

**05/31/2019**   **Summons Issued-Circuit**
Document ID: 19-SMCC-8873, for CINCINNATI LIFE INSURANCE COMPANY.

**05/30/2019**   **Filing Info Sheet eFiling**
  Filed By: SEAN PATRICK O'GORMAN

**Pet Filed in Circuit Ct**
Petition.
  Filed By: SEAN PATRICK O'GORMAN
  On Behalf Of: JOEL J SCHWARTZ

**Judge Assigned**

---

Case.net Version 5.14.0.11                     Return to Top of Page                          Released 04/25/2019

https://www.courts.mo.gov/casenet/cases/searchDockets.do



EXHIBIT A

State of Missouri

## Department of Insurance, Financial Institutions and Professional Registration



**TO:** Corporate Secretary (or United States Manager or Last Appointed General Agent) of

CINCINNATI LIFE INSURANCE COMPANY THE
PO BOX 145496

CINCINNATI, OH 45250-5436

**RE:** Court: St. Louis City Circuit Court, Case Number: 1922-CC04262

You will take notice that original process in the suit against you, a copy of which is attached hereto and sent to you by certified mail, was duly served upon you at Jefferson City, Missouri, by serving the same on the Director of the Department of Insurance, Financial Institutions and Professional Registration of the state of Missouri, Dated at Jefferson City, Missouri this Wednesday, June 5, 2019.

*Chlora Lindley Myers*

Director of Insurance, Financial Institutions and
Professional Registration

---

AFFIDAVIT

State of Missouri,
    ss.
County of Cole,

ENTERED
JUN 21 2019
MDG

The undersigned Director of the Department of Insurance, Financial Institutions and Professional Registration or the Director's designated agent, hereby makes oath and certifies the original of the above notice to the above addressee was mailed at the United States Post Office in Jefferson City, Missouri on __June 5, 2019__ by first class certified mail prepaid as provided by section 375.906.5, RSMo. and Supreme Court Rule 54.15

Director, Department of Insurance,
Financial Institutions and Professional Registration

By: __Kathryn Latimer__

Subscribed and sworn to before me this 5 day of June, 2019.

*Hailey Luebbert*
Notary Public

My commission expires: March 30, 2023

HAILEY LUEBBERT
My Commission Expires
March 30, 2023
Osage County
Commission #15634386

301 West High Street, Room 530, P.O. Box 690 / Jefferson City, Missouri 65102-0690
Telephone 573-751-2619 / TDD 1-573-526-4136 (Hearing Impaired)
http://www.difp.mo.gov

7/2/2019 — Case.net: 1922-CC04262 - Service Information



| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess Logoff DAVIDBUB8080 |

1922-CC04262 - JOEL SCHWARTZ V CINCINNATI LIFE INSURANCE CO (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record. Further information may be available in the docket entries portion of Case.net. Because service of process may establish legal obligations, you may want to examine the original case file in the clerk's office.

Displaying 1 thru 1 of 1 service records returned for case 1922-CC04262.

### Issuance

**Issued To:** CINCINNATI LIFE INSURANCE COMPANY  
**Document Issued:** Summons Civil Case-To Dft-Res  
**Document ID:** 19-SMCC-8873

**Date Issued:** 05/31/2019  
**Due Date:** 06/30/2019

### Return

**Type Of Service:** Corporation Served  
**Served To:** CINCINNATI LIFE INSURANCE COMPANY  
C/O DIRECTOR OF INSURANCE  
301 W. HIGH STREET, ROOM 530  
JEFFERSON CITY, MO 65101

**Service/Attempt Date:** 06/05/2019

**Service Text:** mailed on 06/03 and they received on

Displaying 1 thru 1 of 1 service records returned for case 1922-CC04262.

Case.net Version 5.14.0.11 — Return to Top of Page — Released 04/25/2019

https://www.courts.mo.gov/casenet/cases/service.do

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| Joel J. Schwartz, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 1922-CC04262 |
| | ) |
| Cincinnati Life Insurance Co., | ) |
| | ) |
| Defendant. | ) |

## RETURN OF SERVICE ON INSURANCE COMPANY

Comes now, Sean P. O'Gorman and files on behalf of Plaintiff, Joel Schwartz, and files Notice Received by Director of Insurance.

Respectfully submitted:

O'GORMAN & SANDRONI P.C.
ATTORNEYS AND COUNSELORS AT LAW

/s/ Sean P. O'Gorman
SEAN P. O'GORMAN #35112
Attorney for Plaintiff
3350 Greenwood Blvd.
Maplewood, MO 63143
June 10, 2019
(314) 645-5900
(314) 754-8104
sean@commonsenselaw.net

Electronically Filed - City of St. Louis - June 10, 2019 - 12:02 PM

## NOTICE AND ACKNOWLEDGMENT FOR SERVICE BY MAIL

Circuit Court for St. Louis County
Division _____

Case Number 1922-CC04262

Joel J. Schwartz
                    Plaintiff,

Vs.

Cincinnati Life Insurance Co.
                    Defendant.

### NOTICE

TO: Cincinnati Life Insurance Co.  (Name of insurance company to be served) c/o Director of Insurance, 301 W. High Street, Room 530, Jefferson City, MO 65101.

The enclosed summons and petition are served pursuant to Missouri Supreme Court Rule 54.16.

You may sign and date the acknowledgment part of this form and return one copy of the completed form to the sender within thirty days of  06/03/2019 . (Insert date of mailing)

If you are served on behalf of a corporation, unincorporated association, including a partnership, or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return the form to the sender within thirty days, you or the party on whose behalf you are being served may be required to pay any expenses incurred in serving a summons and petition in any other manner permitted by law.

If you do complete and return this form, you or the party on whose behalf you are being served must answer the petition within thirty days of the date you sign the acknowledgment below. If you fail to do so, judgment by default may be taken against you for the relief demanded in the petition.

I DECLARE, UNDER PENALTY OF PERJURY, THAT THIS NOTICE WAS MAILED ON 06/03/2019
(Insert the date)

_____ Signature 35712

### ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND PETITION

I declare, under penalty of filing a false affidavit, that I received a copy of the Summons and of the Petition in the above captioned matter.

Kathryn Latimer
Signature

Paralegal | MO Dept. of Insurance
Relationship to Entity/Authority

6/5/19
Date Signed

6/20/2019     Case.net: 1922-CC04262 - Event Information



# Your Missouri Courts .net

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print | GrantedPublicAccess  Logoff DAVIDBUB8080 |

**1922-CC04262 - JOEL SCHWARTZ V CINCINNATI LIFE INSURANCE CO (E-CASE)**

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record. If an event is continued or cancelled it will not appear on this calendar.

Displaying 1 thru 1 of 1 scheduled hearings and trials returned for case **1922-CC04262**.

### TUESDAY, NOVEMBER 12, 2019

| Judge/Commissioner | Time | Day | Setting | Event |
|---|---|---|---|---|
| REX M BURLISON | 9:00 AM | 1 OF 1 | | Jury Trial |
| Event Text: | | | | Location: Division 1 City of St. Louis |
| Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD  SAINT LOUIS MO | | | | |

Displaying 1 thru 1 of 1 scheduled hearings and trials returned for case **1922-CC04262**.

Case.net Version 5.14.0.11     Return to Top of Page     Released 04/25/2019

6/20/2019  Case.net: 1922-CC04262 - Docket Entries



**Your Missouri Courts** .net

Search for Cases by: Select Search Method...

| Judicial Links | eFiling | Help | Contact Us | Print |   GrantedPublicAccess  Logoff DAVIDBUB8080

1922-CC04262 - JOEL SCHWARTZ V CINCINNATI LIFE INSURANCE CO (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending ○ Ascending

Display Options: All Entries

---

**06/10/2019** ☐ **Corporation Served**
Document ID - 19-SMCC-8873; Served To - CINCINNATI LIFE INSURANCE COMPANY; Server - ; Served Date - 05-JUN-19; Served Time - 00:00:00; Service Type - First Class Mail; Reason Description - Served; Service Text - mailed on 06/03 and they received on

☐ **Notice of Service**
Notice of Return of Service on Insurance Company; Notice and Acknowledgment of Service; Electronic Filing Certificate of Service.
  **Filed By:** SEAN PATRICK O'GORMAN
  **On Behalf Of:** JOEL J SCHWARTZ

**06/07/2019** ☐ **Jury Trial Scheduled**
  **Scheduled For:** 11/12/2019; 9:00 AM ; REX M BURLISON; City of St. Louis

**05/31/2019** ☐ **Summons Issued-Circuit**
Document ID: 19-SMCC-8873, for CINCINNATI LIFE INSURANCE COMPANY.

**05/30/2019** ☐ **Filing Info Sheet eFiling**
  **Filed By:** SEAN PATRICK O'GORMAN

☐ **Pet Filed in Circuit Ct**
Petition.
  **Filed By:** SEAN PATRICK O'GORMAN
  **On Behalf Of:** JOEL J SCHWARTZ

☐ **Judge Assigned**

---

Case.net Version 5.14.0.11   Return to Top of Page   Released 04/25/2019

6/20/2019                                          Case.net: 1922-CC04262 - Party Information



## Your Missouri Courts .net

Search for Cases by [Select Search Method... ▼]

| Judicial Links | eFiling | Help | Contact Us | Print |     GrantedPublicAccess  **Logoff DAVIDBUB8080**

1922-CC04262 - JOEL SCHWARTZ V CINCINNATI LIFE INSURANCE CO (E-CASE)

| Case Header | Parties & Attorneys | Docket Entries | Charges, Judgments & Sentences | Service Information | Filings Due | Scheduled Hearings & Trials | Civil Judgments | Garnishments/ Execution |

This information is provided as a service and is not considered an official court record.

**Click here to QuickFile on behalf of the Selected Party.**

○ **SCHWARTZ , JOEL J , Plaintiff**      represented by      **O'GORMAN , SEAN PATRICK , Attorney for Plaintiff**

120 S CENTRAL AVE
SUITE 130
CLAYTON, MO 63105
Business: (314) 862-4332

3350 GREENWOOD BLVD.
MAPLEWOOD, MO 63143
Business: (314) 645-5900

**Year of Birth:** 1961

○ **CINCINNATI LIFE INSURANCE COMPANY , Defendant**

C/O DIRECTOR OF INSURANCE
301 W. HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

Case.net Version 5.14.0.11                     Return to Top of Page                     Released 04/25/2019



COLE COUNTY SHERIFF
## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division: REX M BURLISON | Case Number: 1922-CC04262 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner: JOEL J SCHWARTZ | Plaintiff's/Petitioner's Attorney/Address SEAN PATRICK O'GORMAN 3350 GREENWOOD BLVD. MAPLEWOOD, MO 63143 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent: CINCINNATI LIFE INSURANCE COMPANY | Court Address: CIVIL COURTS BUILDING 10 N TUCKER BLVD SAINT LOUIS, MO 63101 | |
| Nature of Suit: CC Breach of Contract | | (Date File Stamp) |

### Summons in Civil Case

The State of Missouri to: CINCINNATI LIFE INSURANCE COMPANY
Alias:
C/O DIRECTOR OF INSURANCE
301 W. HIGH STREET, ROOM 530
JEFFERSON CITY, MO 65101

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**CITY OF ST LOUIS**

May 31, 2019                                    _Thomas Kloeppinger_
_____                              _____
Date                                             Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.
I certify that I have served the above summons by: (check one)
☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)
in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                _____
Printed Name of Sheriff or Server    Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on _____ (date).
(Seal)
My commission expires: _____
                        Date              Notary Public

**Sheriff's Fees, if applicable**
Summons                         $ _____
Non Est                         $ _____
Sheriff's Deputy Salary
Supplemental Surcharge          $ 10.00
Mileage                         $ _____ ( _____ miles @ $ _____ per mile)
Total                           $ _____

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**1922-CC04262**

IN THE CIRCUIT COURT OF THE CITY OF SAINT LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| Joel Schwartz, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: |
| | ) | |
| Cincinnati Life Insurance, | ) | |
| | ) | |
| Defendant | ) | |

Serve
The Cincinnati Life Insurance
Company

c/o Director of Insurance
301 W. High Street, Room 530
Jefferson City, MO 65101

## BREACH OF CONTRACT

**Comes now Plaintiff and for his cause of action against Defendant in breach of contract states the court as follows:**

1. That Plaintiff is a resident of the state Missouri.

2. That The Cincinnati Life Company is an insurance company qualified and registered as an insurance business in the state of Missouri

3. That the cause of action arose in the City of St. Louis, State of Missouri.

4. That on or about February 6, 2018 Ricky Dean Cain applied for life insurance with the Defendant.

5. That on said application Ricky Dean Cain Listed Plaintiff Joel Schwartz as the Primary Beneficiary of the policy.

6. That on said application there was no entry for a continent beneficiary.

Electronically Filed - City of St. Louis - May 30, 2019 - 05:19 PM

7. That Defendant issued policy number 6548638L on the life of Ricky Dean Cain.

8. That Ricky Dean Cain died on or about December 1, 2018.

9. That on or about March 28, 2019 Plaintiff, by and through counsel, applied for the benefits under said contract.

10. That Defendant has failed and refused to pay said benefits.

11. That Defendants failure to pay the benefits is a breach of contract between Defendant and Ricky Dean Cain.

12. That Plaintiff is the third-party beneficiary of the contract between Plaintiff and Ricky Dean Cain.

13. That Defendants breach of contract has damaged Plaintiff in the amount of Two Hundred Thousand Dollars ($200,000.00)

Wherefore Plaintiff prays for an order of for judgement against Defendant, The Cincinnati Life Insurance Company, in the amount of Two Hundred Thousand Dollars and for an order granting such further and different relief as the Court deems just and proper.

Respectfully submitted:

O'GORMAN & SANDRONI P.C.
ATTORNEYS AND COUNSELORS AT LAW

SEAN P. O'GORMAN #35112
Attorney for Plaintiff

Electronically Filed - City of St. Louis - May 30, 2019 - 05:19 PM

3350 Greenwood Blvd.
Maplewood, MO 63143
May 24, 2019
(314) 645-5900
(314) 645-5990
sean@commonsenselaw.net

## CERTIFICATE OF SERVICE

Comes now, O'Gorman & Sandroni P.C. by and through Sean P. O'Gorman , Attorney at Law

and hereby certifies that a copy of the were sent via:

**The Cincinnati Life Insurance Company**

**c/o Director of Insurance**
**301 W. High Street, Room 530**
**Jefferson City, MO 65101**

---