UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOEL SCHWARTZ, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:19-cv-01875-AGF |
| CINCINNATI LIFE INSURANCE. | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

For good cause shown and no opposition having been timely filed,

**IT IS HEREBY ORDERED** that Defendant Cincinnati Life Insurance Company's Motion for Leave to File Counterclaim and Third-Party Complaint in Interpleader is **GRANTED**. ECF No. 29. The Clerk of Court shall docket ECF No. 29-1 as Defendant Cincinnati Life Insurance Company's Counterclaim and Third-Party Complaint in Interpleader

**IT IS FURTHER ORDERED** that Defendant Cincinnati Life Insurance Company shall promptly effect proper service on Kurt A. Schmid, as Personal Representative for the Estate of Ricky Dean Cain.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 30th day of December, 2019.